ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, JIM BENO, TRUSTEE,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>EDWARD MAYO, an individual doing business as MAYO RADIATOR COMPANY and also known as MAYO RADIATOR SERVICE<br><br>                    Defendant. | NO. C 08 4305 PJH<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for December 18, 2008 at 2:30 a.m. in Courtroom No. 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:     October 21, 2008          ERSKINE & TULLEY

10/22/08

By:_____
   Michael J. Carroll
   Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On October 21, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Edward Mayo
Mayo Radiator Company
1190 19th Street
Oakland, CA 94607

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2008 at San Francisco, California.

Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL